# United States District Court

Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Post Office Box 591
Madison, Wisconsin 53701

**Chambers of**
**Barbara B. Crabb**
District Judge

**Telephone**
**608-264-5447**

February 28, 2008

Jeffery Loranger
JCI
P.O. Box 233
Black River Falls, WI 54615

    Re: U.S. v. Loranger; 07-cr-82-bbc

Dear Mr. Loranger:

    This will acknowledge receipt of your letter dated February 19, 2008, requesting an extension of time for appointment of counsel on appeal. As I explained in my order dated February 22, 2008, you must make your request to the court of appeals. I have enclosed another copy of the February 22, 2008 order for your information.

    Very truly yours,

    /s/

    Barbara B. Crabb
    District Judge

BBC:skv
Enclosure